IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   16-03124-01-CR-S-BCW |
| | ) | |
| CALEB EUGENE EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two and Three contained the Indictment filed on December 6, 2016, is now Accepted and the Defendant is Adjudged Guilty of such offense.   Sentencing will be set by subsequent Order of the Court.

                                        */s/ Brian C. Wimes*
                                        **BRIAN C. WIMES**
                                        **UNITED STATES DISTRICT JUDGE**

Date:   July 26, 2017